IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CITY OF HATTIESBURG     PLAINTIFF

V.     NO. 2:13-cv-208-KS-MTP

HERCULES, INC., ET AL.     DEFENDANTS

### DEFENDANT'S UNOPPOSED MOTION
### FOR ADDITIONAL TIME

      Hercules Incorporated ("Hercules") moves the Court to extend the deadline for Hercules to file its reply brief in support of its Motion for Partial Summary Judgment from December 4 to December 11, 2014, and shows the following:

      1.      The Court ordered Hercules to file its reply brief on or before December 4, 2014. [Doc. 80]

      2.      Because of the Thanksgiving holidays and prior commitments of counsel for Hercules, an extension until December 11, 2014, is necessary to insure adequate time to prepare and file the reply brief.

      3.      Counsel for the Plaintiff have consented to the relief sought.

      4.      Hercules respectfully requests the Court to waive the requirement to file a brief in support of this motion.

This the 26th day of November, 2014.

                          Respectfully submitted,

                          HERCULES INCORPORATED

                          By Its Attorneys,
                          BAKER, DONELSON, BEARMAN,
                           CALDWELL & BERKOWITZ, P.C.

                          By: */s/William N. Reed*
                                WILLIAM N. REED

Richard F. Yarborough, Jr. (MSB# 6628)
William N. Reed (MSB# 4689)
James L. Jones (MSB# 3214)
Amy L. Champagne (MSB# 102447)
Ashley C. Tullos (MSB# 101839)
D. Sterling Kidd (MSB# 103670)
Michael V. Bernier (MSB# 103960)
Samuel Gregory (MSB# 104563)
D. Sterling Kidd (MSB# 103670)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P. O. Box 14167
Jackson, MS  39236
Telephone (601) 351-2410
Facsimile  (601) 592-2410
ryarborough@bakerdonelson.com
wreed@bakerdonelson.com
jjones@bakerdonelson.com
achampagne@bakerdonelson.com
atullos@bakerdonelson.com
skidd@bakerdonelson.com
mbernier@bakerdonelson.com
sdgregory@bakerdonelson.com
skidd@bakerdonelson.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which served a copy upon registered participants.

This the 26th day of November, 2014.

                                                  */s/William N. Reed*
                                                  WILLIAM N. REED