# Exhibit J

# BATCO Invoice

**BONNER ANALYTICAL**
2703 Oak Grove Rd.
Hattiesburg, MS 39402



Customer No.: ASHLAND
Invoice No.: 54799

Bill To: **ASHLAND INCORPORATED**
ATTN: TIM HASSETT
500 HERCULES ROAD
Wilmington, DE 19808-1599

Ship To: **ASHLAND INCORPORATED**
ATTN: TIM HASSETT
500 HERCULES ROAD
Wilmington, DE 19808-1599

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 03/03/14 | | Origin | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 4502056276 | 03/03/14 | | |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | | | MW-4, MW-8, MW-16, MW-15, MW-14, MW-13, MW-17, DUP-02 SAMPLES RECEIVED 02-05-13 DIOXATHION @ $375 | 375.00 | 3000.00 |
| | | | | Invoice subtotal | | 3000.00 |
| | | | | Invoice total | | 3000.00 |

5/5/14
# 10041173

Thank You

Bonner SDT 007796