IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CITY OF HATTIESBURG                                                                PLAINTIFF

V.                                                                              NO. 2:13-cv-208-KS-MTP

HERCULES, INC., ET AL.                                                         DEFENDANTS

**RE-NOTICE OF DEPOSITION**

Pursuant to the Federal Rule of Civil Procedure 30, Hercules Incorporated will take the oral and videotaped deposition of **Randy Horsak** on December 22, 2015, beginning at 8:30 a.m. CST, at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 1301 McKinney Street, Suite 3700, Houston, TX 77010; Phone: 713.650.9700.

The deposition will continue from day to day until completed and will be taken by a certified court reporter and a videographer authorized to conduct such a deposition.

This the 30th day of November, 2015.

                                            Respectfully submitted,

                                            HERCULES INCORPORATED

                                            By Its Attorneys,
                                            BAKER, DONELSON, BEARMAN,
                                             CALDWELL & BERKOWITZ, PC

                                            By:  *s/ William N Reed*
                                                   WILLIAM N. REED

**COUNSEL FOR HERCULES INCORPORATED:**

Richard F. Yarborough, Jr. (MS Bar No. 6628)
William N. Reed (MS Bar No. 4689)
James L. Jones (MS Bar No. 3214)
Amy L. Champagne (MS Bar No. 102447)
Ashley C. Tullos (MS Bar No. 101839)
D. Sterling Kidd (MS Bar No. 103670)
Michael V. Bernier (MS Bar No. 103960)
Samuel Gregory (MS Bar No. 104563)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS  39236
Telephone (601) 351-2410
Facsimile  (601) 592-2410
ryarborough@bakerdonelson.com
wreed@bakerdonelson.com
jjones@bakerdonelson.com
achampagne@bakerdonelson.com
atullos@bakerdonelson.com
skidd@bakerdonelson.com
mbernier@bakerdonelson.com
sdgregory@bakerdonelson.com
skidd@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which served a copy upon registered participants.

This the 30th day of November, 2015.

                                         *s/William N. Reed*
                                            WILLIAM N. REED