**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CITY OF HATTIESBURG**                                               **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO.: 2:13-cv-208KS-MTP**

**HERCULES, INC., a foreign corporation;**
**and ASHLAND, INC., a foreign corporation**                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause comes before the Court pursuant to the parties' Joint Motion to Dismiss With Prejudice. The parties have announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement and resolve any disputes that may arise regarding the implementation of its terms.

SO ORDERED this 23rd day of June, 2016.

                                                          *s/Keith Starrett*
                                                          UNITED STATES DISTRICT JUDGE